UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:  Richard Mark Jenkins             :             Case #: 05-51530
       Paula Marrietta Jenkins

                                                        :             Chapter 13

                                                        :             Judge Preston

**NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: September 2, 2010                         /s/ Frank M. Pees_____
                                                                   Frank M. Pees
                                                                   Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| RECOVERY ONE LLC | $11.50 |
| 5100 PARKCENTER AVE  STE 103 | |
| DUBLIN OH 43017 | |